IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIJAY SANGAR, M.D., Ph.D.<br>10208 Cross Haven Court<br>Rockville, Maryland 20850<br><br>Plaintiff,<br><br>v.<br><br>FRANCIS J. HARVEY,<br>Secretary of the Army<br>The Pentagon<br>Washington, D.C. 20530<br><br>Defendant. | Civil Action No. 06-2015 (CKK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Steven M. Ranieri, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
STEVEN M. RANIERI
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C. 20530
(202) 353-9895