UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIJAY SANGAR, M.D., Ph.D. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 06-2015 (CKK) |
| ) | |
| FRANCIS HARVEY ) | |
| Secretary of the Army ) | |
| ) | |
| Defendant. ) | |

## PROOF OF SERVICE

COMES NOW the Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 4(l) hereby makes the following proof of service.

The United States Attorney was served with a summons and complaint in this case by means of certified mail, return receipt requested. The summons and complaint were forwarded on January 4, 2007, Certified Mail No. 7005 1820 0001 6728 5545. According to the electronic records of the U.S. Postal Service the U.S. Attorney received service on January 10, 2007. The Plaintiff's counsel received the return receipt back from the U.S. Attorney, indicating service on that date.

The Attorney General was served with a summons and complaint in this case by means of certified mail, return receipt requested. The summons and complaint were forwarded on January 4, 2007, Certified Mail No. 7005 1820 0001 6728 5538. According to the electronic records of the U.S. Postal Service the Attorney General received service on January 10, 2007. The Plaintiff's counsel received the return receipt back from the Attorney General, indicating service on January 11, 2007.

The Secretary of the Army was served with a summons and complaint in this case by means of certified mail, return receipt requested. The summons and complaint were forwarded on January 4, 2007, Certified Mail No. 7005 1820 0001 6727 9605. According to the electronic records of the U.S. Postal Service the Secretary of the Army received service on January 9, 2007. The Plaintiff has not received a return receipt from the Secretary of the Army.

I hereby certify pursuant to 28 USC § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

/s/_____
Christopher A. Sterbenz
Counsel for Plaintiff
P.O. Box 126
Vienna, Virginia 22183
(703) 620-2313
casterbenz@aol.com
D.C. Bar No. 437722

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed and served on January 23, 2007, via the Court's electronic delivery system upon the following counsel of record for Defendant:

Steven M. Ranieri
Special Assistant U.S. Attorney
555 Fourth Street, N.W.
Room E4408
Washington, D.C. 20530

/s/_____
Christopher A. Sterbenz