UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIJAY SANGAR, M.D., Ph.D. )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff　　　　)<br>　　　　　　　　　　　　　　　　)<br>　v.　　　　　　　　　　　　　)　C.A. No. 06-2015 (CKK)<br>　　　　　　　　　　　　　　　　)<br>PETE GEREN　　　　　　　　　)<br>Acting Secretary of the Army　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　) | |

## JOINT MOTION FOR ENLARGEMENT OF TIME AND ENTRY OF A SCHEDULING ORDER

COME NOW the Parties, through undersigned counsel, and hereby jointly move the Court to enlarge the time for the Defendant to file an Opposition to the Plaintiff's Motion for Summary Judgment, filed March 5, 2007, and to enter the Proposed Scheduling Order for an orderly administration of this case.

While the parties are not required to meet and confer pursuant to Local Civil Rule 16.3, counsel have nevertheless consulted with each other to develop a briefing schedule which is convenient for themselves, their clients, and the Court.

The parties propose a briefing schedule as follows:

Defendant shall respond to Plaintiff's Complaint no later than April 3, 2007.

The Defendant shall file his Opposition to the Plaintiff's Motion for Summary Judgment no later than April 3, 2007.

The Defendant shall file his Motion to Dismiss, in part, and Motion for Summary Judgment, in part, no later than April 3, 2007.

The Plaintiff shall file his Reply to the Defendant's Opposition, if any, no later than April 20, 2007.

1

The Plaintiff shall file his Opposition to the Defendant's Motion for Summary Judgment no later than May 14, 2007.

The Defendant shall file his Reply to the Plaintiff's Opposition, if any, no later than May 25, 2007.

The Parties ask the Court to set a date certain for oral argument on the Parties' motions in the month June 2007.

A proposed order is appended to this Motion.

Respectfully submitted,

/s/_____
Christopher A. Sterbenz
Counsel for Plaintiff
P.O. Box 126
Vienna, Virginia  22183
(703) 620-2313
CASterbenz@aol.com
D.C. Bar No. 437722

/s/_____
Steven M. Ranieri
Counsel for Defendant
Special Assistant U.S. Attorney
555 Fourth Street, N.W.
Room E4408
Washington, D.C.  20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIJAY SANGAR, M.D., Ph.D. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PETE GEREN )<br>Acting Secretary of the Army )<br>)<br>Defendant. ) | C.A. No.  06-2015 (CKK) |

## SCHEDULING ORDER

UPON CONSIDERATION of the Parties Joint Motion for Enlargement of Time and Entry of a Scheduling Order, it is, this _____ date of March, 2007, hereby ordered that the Motion is GRANTED.

Defendant shall respond to Plaintiff's Complaint no later than April 3, 2007.

Defendant shall file his Opposition to the Plaintiff's Motion for Summary Judgment no later than April 3, 2007.

Defendant shall file his Motion to Dismiss, in part, and Motion for Summary Judgment, in part, no later than April 3, 2007.

Plaintiff shall file his Reply to the Defendant's Opposition, if any, no later than April 20, 2007.

Plaintiff shall file his Opposition to the Defendant's Motion for Summary Judgment no later than May 14, 2007.

The Defendant shall file his Reply to the Plaintiff's Opposition, if any, no later than May 25, 2007.

The Court will hold an oral hearing on the Parties' motions on the _____ day of _____, 2007, at _____ a.m./p.m.

SO ORDERED.

_____
Colleen Kollar-Kotelly
United States District Judge

Copies to:

Christopher A. Sterbenz
Counsel for Plaintiff
P.O. Box 126
Vienna, Virginia 22183

Steven M. Ranieri
Counsel for Defendant
555 Fourth Street, N.W.
Suite E4408
Washington, D.C. 20530