UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIJAY SANGAR, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 1:06-cv-02015 (CKK) |
| | ) |
| THE HONORABLE PETE GEREN | ) |
| Acting Secretary of the Army, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

### NOTICE OF FILING OF ADMINISTRATIVE RECORD

The Administrative Record consisting of 404 pages has been filed with the Clerk of the Court this date, in electronic form on CD ROM rather than electronically via ECF, in accordance with Local Civil Rule 5.4(e)(1)(A).

Respectfully submitted,

/s
STEVEN M. RANIERI
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895