UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIJAY SANGAR, M.D., Ph.D. )<br>  )<br>  Plaintiff )<br>  )<br>  v. )<br>  )<br>  PETE GEREN )<br>  Acting Secretary of the Army )<br>  )<br>  Defendant. ) | C.A. No. 06-2015 (CKK) |

### PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME

COMES NOW the Plaintiff, through counsel, and hereby moves the Court to grant him an enlargement of time to file his Reply brief in support of his Motion for Summary Judgment. The brief is currently due April 17, 2007, and Plaintiff respectfully moves the Court for a new filing date of April 27, 2007. The enlargement of time is necessary because the Plaintiff, due to delay in delivery by the postal service, did not receive the Administrative Record in the instant case until April 9, 2007, though it was filed with the Court and mailed to Plaintiff on April 2. The record is also very voluminous, and the Plaintiff reasonably needs more than one week to review it and prepare his reply brief. No other deadlines are expected to be affected by this enlargement of time, as the next brief due in the Scheduling Order sequence is also from the Plaintiff. Defendant's counsel has kindly consented to this motion.

A proposed order is submitted together with this motion.

Respectfully submitted,

/s/_____
Christopher A. Sterbenz
Counsel for Plaintiff
P.O. Box 126
Vienna, Virginia 22183
(703) 620-2313
CASterbenz@aol.com
D.C. Bar No. 437722

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2007, I caused the foregoing to be served via electronic delivery, on:

Steven M. Ranieri
Special Assistant U.S. Attorney
555 Fourth Street, N.W.
Room E4408
Washington, D.C. 20530

/s/_____
Christopher A. Sterbenz

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIJAY SANGAR, M.D., Ph.D. )<br>  )<br> Plaintiff )<br>  )<br> v.  ) C.A. No. 06-2015 (CKK)<br>  )<br>PETE GEREN )<br>Acting Secretary of the Army )<br>  )<br> Defendant. ) | |

### ORDER

UPON CONSIDERATION of the Plaintiff's Consent Motion for an Enlargement of Time, it is ordered that the motion is granted. Plaintiff shall file his reply brief in support of his Motion for Summary Judgment on or before April 27, 2007. All other deadlines in the Court's Scheduling Order remain in effect.

Done this _____ day of April, 2007.

_____
Colleen Kollar-Kotelly
United States District Judge

Copies to:

Christopher A. Sterbenz
Counsel for Plaintiff
P.O. Box 126
Vienna, Virginia  22183

Steven M. Ranieri
Counsel for Defendant
555 Fourth Street, N.W.
Suite E4408
Washington, D.C.  20530