UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VIJAY SANGAR, Ph.D, M.D., )
)
       Plaintiff )
)
v. ) C.A. No. 06-2015(CKK)
)
PETE GEREN, )
Secretary of the Army, )
)
       Defendant. )

## CONSENT MOTION FOR LEAVE TO WITHDRAW

COMES NOW Christopher A. Sterbenz, counsel of record for Plaintiff, and with the consent of both Plaintiff and counsel of record for Defendant, does hereby move this Honorable Court for leave to withdraw his appearance as counsel of record for Plaintiff, effective immediately.

This case has been fully briefed on Plaintiff's Motion for Summary Judgment and the Defendant's Motion to Dismiss and the parties are awaiting the Court's decision. Undersigned counsel has accepted an offer of employment as an attorney for the Office of Thrift Supervision, an agency of the U.S. government. Counsel is thereby precluded from continuing as counsel of record for Plaintiff in this matter. With the assistance of the undersigned, the Plaintiff has identified successor counsel, and that successor is expected to enter his appearance on behalf of Plaintiff shortly. For a brief interregnum, Plaintiff will proceed *pro se*. Plaintiff's contact information is set forth in the Certificate of Service to this Motion. A proposed order is submitted contemporaneously with this Motion.

Respectfully submitted,

/s/_____
Christopher A. Sterbenz
Counsel for Plaintiff
P.O. Box 126
Vienna, Virginia  22183
(703) 620-2313
CASterbenz@aol.com
D.C. Bar No. 437722

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, I served a copy of the foregoing, together with the proposed order, on:

Brian C. Baldrate
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(served by ECF)

Vijay Sangar, Ph.D., M.D.
10208 Cross Haven Court
Rockville, Maryland 20850
(301) 251-1918
(served by first class mail, postage prepaid)

Respectfully submitted,

/s/_____
Christopher A. Sterbenz

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIJAY SANGAR, Ph.D, M.D., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) C.A. No. 06-2015(CKK) |
| | ) |
| PETE GEREN, | ) |
| Secretary of the Army, | ) |
| | ) |
| Defendant. | ) |

### ORDER

UPON CONSIDERATION of the Consent Motion to Withdraw filed by Christopher A. Sterbenz, counsel for Plaintiff, it is hereby ordered that the Motion is granted.  Plaintiff's is directed to have his new counsel enter his appearance as soon as possible.

So ordered.

Colleen Kollar-Kotelly
United States District Judge

Copies to:

Christopher A. Sterbenz
Former Counsel for Plaintiff
P.O. Box 126
Vienna, Virginia  22183

Brian C. Baldrate
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Vijay Sangar, Ph.D., M.D.
10208 Cross Haven Court
Rockville, Maryland 20850