UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIJAY SANGAR, Ph.D, M.D., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 06-2015(CKK) |
| ) | |
| PETE GEREN, ) | |
| Secretary of the Army, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of the Consent Motion to Withdraw filed by Christopher A. Sterbenz, counsel for Plaintiff, it is hereby ordered that the Motion is granted. Plaintiff's is directed to have his new counsel enter his appearance as soon as possible.

So ordered.

_____
Colleen Kollar-Kotelly
United States District Judge

Feb. 6, 2008.

Copies to:

Christopher A. Sterbenz
Former Counsel for Plaintiff
P.O. Box 126
Vienna, Virginia 22183

Brian C. Baldrate
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Vijay Sangar, Ph.D., M.D.
10208 Cross Haven Court
Rockville, Maryland 20850