UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIJAY SANGAR, M.D.<br><br>    Plaintiff,<br><br>        v.<br><br>THE HONORABLE PETE GEREN,<br>Secretary of the Army,<br><br>    Defendant. | Civil Action No. 06-2015 (CKK) |

**ORDER**
(March 4, 2008)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 4th day of March, 2008, hereby

**ORDERED** that Plaintiff's [4] Motion for Summary Judgment is denied; it is further

**ORDERED** that [9] Defendant's Partial Motion to Dismiss and Motion for Summary Judgment is granted; and it is further

**ORDERED** that this case shall be dismissed in its entirety.

*This is a final, appealable order.*

                                                          /s/
                                                   COLLEEN KOLLAR-KOTELLY
                                                   United States District Judge